PEARL WHITE, Appellant, v. ALICE BEAL PARSONS, Respondent.—Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

ANNA PAWLAK, as Administratrix, etc., of MICHAEL PAWLAK, Deceased, Appellant, v. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Cohn, JJ.

BURKE, KUIPERS & MAHONEY, INC., Respondent, Appellant, v. THE DALLAS DISPATCH COMPANY, Appellant, Respondent.— Order, so far as appealed from, unanimously modified by striking out so much of paragraph sixth of the amended answer as alleges " That thereafter and some time during the year 1935, said E. M. Burke became ill and failed and neglected and was unable to personally supervise, guide and direct and service on plaintiff's part to be performed; that the plaintiff failed and neglected to substitute anyone of equal skill and ability to perform the work theretofore performed by said E. M. Burke on plaintiff's behalf," and by striking out paragraph eighth of said answer, and, as so modified, affirmed, with twenty dollars costs and disbursements to the plaintiff. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of JULIA DE LUCCA and Others, Appellants, for an Order of Mandamus against WILLIAM FELLOWES MORGAN, JR., as Commissioner of Markets, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J.; O'Malley, Townley, Untermyer and Cohn, JJ.

OESTERREICHISCHES CREDIT INSTITUT, FUR OFFENTLICHE UNTERNHUMNGEN UND ARBEITEN, Respondent, v. MAX GROSS, Appellant.— Order reversed, with twenty dollars costs and disbursements and motion denied, without prejudice to a renewal on compliance with section 307 of the Civil Practice Act. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.; O'Malley, J., dissents and votes for affirmance.

IDA FRANKLIN HARKAVY, Respondent, Appellant, v. JOSEPH HARKAVY, Appellant, Respondent.— Order unanimously reversed, in so far as it grants plaintiff's motion for alimony *pendente lite* and the motion therefor denied, and, in so far as it denies plaintiff's motion for counsel fee, affirmed, without costs. Appeal from order entered on or about October 30, 1936, dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

CATHERINE McGILL, Respondent, v. ELEANOR E. CROTTY, Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

THE COUNTY TRUST COMPANY, Appellant, v. STRICKLAND FOUNDRY & MACHINE WORKS, INC., and Others, Respondents.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.